No. 53023.—K. Iguchi et al. *v.* United States, protests 836381–G, etc. (Providence).

Opinion by COLE, J. An examination of the official record in each protest disclosing nothing to warrant disturbing the decision of the collector, which was presumptively correct, the protests were overruled.